IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv532

| | |
|---|---|
| AMANDA U. AJULUCHUKU,  ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | MEMORANDUM AND ORDER |
| WACHOVIA CORPORATION, ) | |
|     Defendant. ) | |
| _____) | |

On February 17, 2006 the magistrate judge issued a Memorandum and Recommendation (Doc. No. 18) in the present case recommending that Defendant's motion to dismiss (Doc. No. 11) be granted and Plaintiff's complaint be dismissed with prejudice. The parties were advised that objections were to be filed in writing within ten days after service of the magistrate judge's decision. The deadline for filing objections has passed without either party filing specific objections in this matter.[1] After a careful review of the Memorandum and Recommendation, the Court finds that the magistrate judge's proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the magistrate judge's recommendations.

---

[1] Plaintiff's "objections" (Doc. No. 18) to the magistrate judge's Memorandum and Recommendation, filed February 27, 2006, fail to direct the Court to a specific error in either the magistrate's proposed findings of fact or the conclusions of law regarding Plaintiff's ADA or Title II claims (other than to say Plaintiff's cased should be "re-classified under personal injuries"). See Howard v. Secretary of HHS, 932 F.2d 505, 509 (6th Cir. 1991) ( "A general objection...has the same effect as would a failure to object. The district court's attention is not focused on any specific issues for review, thereby making the initial reference to the magistrate useless."); Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982) (De novo review is unnecessary "when a party makes general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations").

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

Signed: March 12, 2006

Robert J. Conrad, Jr.
United States District Judge